**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANDY HOPE WILLIAM JR., *Sui Juris* *In Propria Persona*, | ) ) ) | |
| Plaintiff, | ) ) | No. 21 CV 03212 |
| vs. | ) ) ) | Honorable Judge John F. Kness |
| THE CITY OF AURORA, MAYOR RICHARD IRVIN AND CITY COUNCIL OF AURORA; THE ASSOCIATION OF PROFESSIONAL POLICE OFFICERS; LEE CATAVU; SERGEANT TATE, | ) ) ) ) ) ) | Magistrate Judge Maria Valdez Jury Trial Demanded |
| Defendants. | ) ) | |

**NOTICE OF FILING**

**TO:**   Andy Hope Williams, Jr.
5707 S. Cass Avenue, #681
Westmont, IL 60559
Hope5780@yahoo.com

PLEASE TAKE NOTICE that on **July 27, 2021**, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, the attached **DEFENDANTS' CITY OF AURORA, RICHARD IRVIN AND SERGEANT JEFFREY TATE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and served upon you herewith.

/s/ John B. Murphey

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com

Aurora 21-699

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Andy Hope Williams, Jr.
5707 S. Cass Avenue, #681
Westmont, IL 60559
Hope5780@yahoo.com


                        /s/    John B. Murphey
                        Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
                        3318 West 95th Street
                        Evergreen Park, Illinois 60805
                        708-424-5678
                        jmurphey@osmfm.com