**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**


FILED
04/19/2022 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Andy Hope Williams Jr., *Sui Juris* ) | |
| *In Propria Persona* ) | |
|         Plaintiff ) | |
|     v. ) | |
| ) | Case No. 21-cv-03212 |
| THE CITY OF AURORA, MAYOR RICHARD ) | |
| IRVIN AND CITY COUNCIL OF AURORA; ) | Hon. Judge John F. Kness |
| THE ASSOCIATION OF PROFESSIONAL ) | |
| POLICE OFFICERS; LEE CATAVU; ) | Hon. Magistrate Judge Maria Valdez |
| SERGEANT TATE; ) | |
| ) | |
|         Defendants. ) | |

**NOTICE OF FILING**

To:    John B. Murphey                             Keith A. Karlson
       Odelson & Sterk, LTD                 Karlson Garza McQueary LLC
       3318 West 95th Street                  235 Remington Boulevard, Suite 5B
       Evergreen Park, Illinois 60805        Bolingbrook, Illinois 60439
       jmurphey@osmfm.com              kkarlson@kgmlawyers.com

      **PLEASE TAKE NOTICE** that on **April 19, 2022** *Plaintiff filed Response to Defendant's Motion to Dismiss* a copy of which is included herewith and hereby served upon you.

April 19, 2022

                                                     Respectfully submitted,


                                                     By: /s/ Andy Williams Jr.
                                                     Plaintiff

Andy Hope Williams Jr.
P.O. Box 681
Westmont, IL 60559
630-479-7330
Hope5780@yahoo.com

Service List

*Williams v. City of Aurora, et al*
Federal Docket No. 21-cv-03212
Honorable Judge John F. Kness

John B. Murphey
Odelson & Sterk, LTD
3318 West 95th Street
Evergreen Park, Illinois 60805
jmurphey@osmfm.com


Keith A. Karlson
Karlson Garza McQueary LLC
235 Remington Boulevard, Suite 5B
Bolingbrook, Illinois 60439
kkarlson@kgmlawyers.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2022, the foregoing *Notice of Filing and Response to Defendant's Motion to Dismiss* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

April 19, 2022

By: /s/ Andy Williams Jr.
Plaintiff'