**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDY HOPE WILLIAM JR., *Sui Juris* | ) | |
| *In Propria Persona,* | ) | |
| | ) | |
| Plaintiff, | ) | No. 21 CV 03212 |
| | ) | |
| vs. | ) | Honorable Judge John F. Kness |
| | ) | |
| THE CITY OF AURORA, MAYOR RICHARD | ) | |
| IRVIN AND CITY COUNCIL OF AURORA; | ) | |
| THE ASSOCIATION OF PROFESSIONAL | ) | |
| POLICE OFFICERS; LEE CATAVU; | ) | |
| SERGEANT TATE, | ) | |
| | ) | |
| Defendants. | ) | |

## AURORA DEFENDANTS' MOTION TO CITE ADDITIONAL AUTHORITY

Defendants, the City of Aurora, Mayor Richard Irvin and City Council of Aurora and Sergeant Tate, by and through their attorneys, Odelson, Sterk, Murphey, Frazier & McGrath, Ltd., respectfully move to cite as additional authority in support of their motion to dismiss Plaintiff's Complaint (Doc. 105), the April 26, 2022 Order dismissing Plaintiff's Complaint in the matter of *Andy Hope Williams Jr. v. United States of America, et. al.*, 21cv03543. A copy of this Order is attached hereto as Exhibit 1.

Respectfully submitted,

CITY OF AURORA, et al., Defendants

By: _____/s/ John B. Murphey_____
          Their Attorney

JOHN B. MURPHEY
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel: 708-424-5678
jmurphey@osmfm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to the party listed below and by e-mailing a copy of same before 5:00 p.m. on **May 2, 2022.**

> Andy Hope Williams Jr.
> 5707 S. Cass Avenue, #681
> Westmont, IL 60559
> 630-479-7330
> hope5780@yahoo.com

By: _____/s/ John B. Murphey_____

John B. Murphey
Odelson, Sterk, Murphey, Frazier & McGrath, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678
jmurphey@osmfm.com